UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOUNG BEOM KIM,<br><br>Defendant. | **SEALED ORDER**<br><br>23 Cr. 78 ( ) |

WHEREAS, on February 9, 2023, a grand jury in the Southern District of New York returned sealed Indictment 23 Cr. 78, which charges defendant YOUNG BEOM KIM with violating federal law, and on the same date, this Court signed an arrest warrant for KIM; and

WHEREAS, Federal Rule of Criminal Procedure 9(b)(1) states that an arrest warrant on an indictment "must conform to Rule 4(b)(1) except that it must be signed by the clerk and must describe the offense charged in the indictment or information"; and

WHEREAS the Government has informed the Court that, in order to file an application for KIM's extradition from South Korea, the Government must affirm that the arrest warrant has been obtained in full compliance with Rule 9,

IT IS HEREBY ORDERED that the Office of the Clerk of Court shall affix the Clerk of Court's signature to the original, sealed version of the arrest warrant for YOUNG BEOM KIM, which the Court signed following his indictment in case 23 Cr. 78; and

IT IS FURTHER ORDERED that the Clerk's Office shall provide to the Government a photocopy of the arrest warrant, as well as three certified copies of the warrant and three certified copies of Indictment 23 Cr. 78.

SO ORDERED.

Dated:   New York, New York
         April 12, 2023

                                              _____
                                              HONORABLE ONA T. WANG
                                              UNITED STATES MAGISTRATE JUDGE