ORIGINAL

SDNY (Rev. 12/21)
AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 23 CR 78 |
| YOUNG BEOM KIM | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ YOUNG BEOM KIM _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of _____ . (   ) Cosigned by _____ FRP.

( X ) (3)   This is a secured bond of   $ 250,000.00   , secured by:

    (   ) (a)   _____ , in cash deposited with the court.

    ( X ) (b)   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

      PROPERTY TO BE IDENTIFIED BY DEFT BY 5/30/23

      If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c)   a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

    ( X ) (d) Cosigned by __2__ FRP.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond                                                                23 CR 78

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;
(2)    the property is not subject to claims, except as described above; and
(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   05/15/2023

                        *Defendant's Signature* YOUNG BEOM KIM        *Interpreter's Initials*

_____       _____
*Surety/property owner - printed name*     *Surety/property owner - signature and date*   *Deputy Clerk's Initials*   *Interpreter's Initials*

_____       _____
*Surety/property owner - printed name*     *Surety/property owner - signature and date*   *Deputy Clerk's Initials*   *Interpreter's Initials*

_____       _____
*Surety/property owner - printed name*     *Surety/property owner - signature and date*   *Deputy Clerk's Initials*   *Interpreter's Initials*

*CLERK OF COURT*

Date:   05/15/2023

                           _____
                              *Signature of Deputy Clerk*

Approved.

Date:  _____

                   **FRANK BALSAMELLO**  Digitally signed by FRANK BALSAMELLO
                                      Date: 2023.05.15 16:42:35 -04'00'
                             *AUSA's Signature* FRANK BALSAMELLO

AO 98 (Rev. 12/11) Appearance Bond                                                          **23 CR 78**

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

<div align="center">

**Declarations**

</div>

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

   (1)   all owners of the property securing this appearance bond are included on the bond;
   (2)   the property is not subject to claims, except as described above; and
   (3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:   05/15/2023

                                              *Defendant's Signature* YOUNG BEOM KIM               *Interpreter's Initials*

JANE KIM
*Surety/property owner - printed name*        *Surety/property owner - signature and date*        *Deputy Clerk's Initials*    *Interpreter's Initials*

GREGORY CHIN
*Surety/property owner - printed name*        *Surety/property owner - signature and date*        *Deputy Clerk's Initials*    *Interpreter's Initials*

*Surety/property owner - printed name*        *Surety/property owner - signature and date*        *Deputy Clerk's Initials*    *Interpreter's Initials*

<div align="center">

*CLERK OF COURT*

</div>

Date:   05/15/2023

                                              *Signature of Deputy Clerk*

Approved.

Date:   _____

                                              *AUSA's Signature* FRANK BALSAMELLO

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.

YOUNG BEOM KIM
*Defendant*

Case No. 23 CR 78

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: ______________________________
*Place*

______________________________

on ______________________________
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                       YOUNG BEOM KIM                23 CR 78

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( [ ] )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                                       *Custodian*                            *Date*

( [✓] )  (7)  The defendant must:
    ( [✓] )  (a)  submit to supervision by and report for supervision to the  PRETRIAL SERVICES FOR  [ ] Regular;  [ ] Strict;  [✓] As Directed
                  telephone number _____ , no later than _____ .
    ( [ ] )  (b)  continue or actively seek employment.
    ( [ ] )  (c)  continue or start an education program.
    ( [✓] )  (d)  surrender any passport to:   PRETRIAL SERVICES
    ( [✓] )  (e)  not obtain a passport or other international travel document.
    ( [✓] )  (f)  abide by the following restrictions on personal association, residence, or travel:   SDNY/EDNY
             DISTRICT OF NEW JERSEY
    ( [✓] )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   NO CONTACT WITH CO-CONSPIRATORS EXCEPT FAMILY MEMBERS

    ( [ ] )  (h)  get medical or psychiatric treatment: _____

    ( [ ] )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

    ( [ ] )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( [✓] )  (k)  not possess a firearm, destructive device, or other weapon.
    ( [ ] )  (l)  not use alcohol ( [ ] ) at all ( [ ] ) excessively.
    ( [ ] )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( [ ] )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( [ ] )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( [✓] )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
            ( [ ] )  (i)  **Curfew.** You are restricted to your residence every day ( [ ] ) from _____ to _____ , or ( [ ] ) as directed by the pretrial services office or supervising officer; or
            ( [✓] )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
            ( [ ] )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
            ( [ ] )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However, you must comply with the location or travel restrictions as imposed by the court.
            Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                          YOUNG BEOM KIM            23 CR 78

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
-  ( ☑ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
-  ( ☐ ) (ii)   Voice Recognition; or
-  ( ☐ ) (iii)  Radio Frequency; or
-  ( ☐ ) (iv)   GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  _____

Agreed conditions of release; $250,000 Personal recognizance bond; To be cosigned by two financially responsible persons; Secured by Property to be identified by Deft by 5/30/23; Travel restricted to SDNY/EDNY/DNJ; Surrender travel documents and no new applications; Pretrial supervision as directed by Pretrial Services; Home detention; Location monitoring technology; Deft not to possess firearm, destructive device, other weapon; Deft is not to open any new financial, business, or personal bank accounts, lines of credit accounts, without PTS approval; Deft is to have no contact with co-conspirators except family members; Govt is to provide a list of co-conspirators to defense counsel by 5/16/23; Deft to be released on own signature; Plus 2 cosigners to sign bond and electronic monitoring to be provided; Remaining conditions to be met by 5/23/23.

Defense Counsel Name: Steven Ross and Cal Garber

Defense Counsel Telephone Number: 212-736-4202

Defense Counsel Email Address: steven@rossasmar.com

AO 199C  (Rev. 09/08) Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:  **YOUNG BEOM KIM**                    Case No.  23 CR 78

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Date:  05/15/2023

_____
Defendant's Signature  YOUNG BEOM KIM

☐ **DEFENDANT RELEASED**

_____
City and State

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____      _____
                                                                            Judicial Officer's Signature

_____
AUSA's Signature  FRANK BALSAMELLO

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL



Duration:

DOCKET No. _23 cr 78_   DEFENDANT _YOUNG BEOM KIM_

AUSA _FRANK BALSEMELLO_   DEF.'S COUNSEL _CAL GARBER, STEVEN ROSS_
☒ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☒ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.   DATE OF ARREST _5/13/23_ ☐ VOL. SURR.
☐ Other: _____   TIME OF ARREST _11 AM_ ☐ ON WRIT
   TIME OF PRESENTMENT _3:05 PM_

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $2,500,000 BOND ☒ 2 FRP
☒ SECURED BY $ _____ CASH/PROPERTY) _To be identified by def't by 5/30/23_
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ DNJ
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☒ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☒ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET   _2 co-signers to sign bond_
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _to be_
_____; REMAINING CONDITIONS TO BE MET BY: _electronic_
_5/30/23_ monitor _provided_

ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:
• Defendant is not to open any new financial, business, or
  personal bank accounts, lines of credit accounts,
  without PTS approval.

• Defendant is to have no contact w/ his co-conspirators (except
  family members). Government is to provide a list of co-conspirators
  to defense counsel.
☒ DEF. ARRAIGNED; PLEADS NOT GUILTY  by 5/16/23 ☒ CONFERENCE BEFORE D.J. ON _5/31_
☐ DEF. WAIVES INDICTMENT   @ 2:30 pm
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _5/31/23_ (tentative)

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED   ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

DATE: _5/15/23_   _____
   UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE   PINK – U.S. ATTORNEY'S OFFICE   YELLOW – U.S. MARSHAL   GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016