UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YOUNG BEOM KIM,

            Defendant.

**ORDER**

23 Cr. 78 (RMB)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Frank Balsamello, dated May 23, 2023;

WHEREAS on or about September 2, 2020, the Government sought and obtained from the Honorable Edgardo Ramos an order authorizing the Internal Revenue Service ("IRS") to disclose tax returns and return information for three individuals and three entities for tax years 2014 through 2019 (inclusive), in connection with the Government's investigation of YOUNG BEOM KIM, the defendant, and other individuals and entities for their roles in a bribery and kickback scheme relating to United States Army contracts that KIM worked on while he was an Army contractor and employee stationed in South Korea, as alleged in Counts One through Six of the above-captioned Indictment (the "Tax Order"). On October 8, 2020, the Government received a production of documents from the IRS in response to the Tax Order (the "Tax Documents");

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code, the Tax Documents may be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/23
```

IT IS HEREBY FURTHER ORDERED that the Tax Documents are probative of a matter in issue relevant to establishing the guilt of the defendant at any trial in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
       May 23, 2023

_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE