**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,  :  23 CR. 78 (RMB)
                                           :
      - against -                         :  **ORDER**
                                           :
YOUNG BEOM KIM,                            :
                                           :
                    Defendant.   :
-------------------------------------------------------------x

       The initial conference scheduled for Wednesday, May 31, 2023 at 2:30 P.M. will take place in Courtroom 17B.


Dated: May 24, 2023
       New York, NY

                                                *Richard M. Berman*
                                               RICHARD M. BERMAN
                                                     U.S.D.J.