**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| UNITED STATES OF AMERICA, |
| Plaintiff, |
| v. |
| YOUNG BEOM KIM |
| Defendant. |

No. 23 Cr. 78 (RMB)

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Defendant

Young Beom Kim.

Dated: New York, New York
        May 24, 2023

Respectfully submitted,

/s/  Solomon B. Shinerock
Solomon B. Shinerock
New York Bar No. 4764833
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, NY 10174
Tel: (212) 826-2001
Fax: (212) 826-7146
Solomon.Shinerock@lbkmlaw.com

*Counsel for Defendant Young Beom Kim*