UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NYSHIEM SPENCER,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/5/2023_____

20 Cr. 78-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed Defendant's letter dated May 31, 2023.  ECF No. 430.  By **June 7, 2023**, the Government shall respond to Defendant's letter.

       SO ORDERED.

Dated: June 5, 2023
       New York, New York

                                               ANALISA TORRES
                                     United States District Judge