**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,     :     23 CR. 78 (RMB)
                                          :
      - against -                        :     **ORDER**
                                          :
YOUNG BEOM KIM,                          :
                                          :
                Defendant.      :
-------------------------------------------------------------x

The status conference scheduled for Tuesday, September 12, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: September 6, 2023
      New York, NY

                                                  RICHARD M. BERMAN
                                                      U.S.D.J.