UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

UNITED STATES OF AMERICA

- v. -

YOUNG BEOM KIM,

               Defendant.

------------------------------------------------------- X

**SUPERSEDING INFORMATION**

S1 23 Cr. 78 (RMB)

## COUNT ONE
### (Conspiracy to Receive Unlawful Gratuities and Engage in Acts Affecting Personal Financial Interests)

The United States Attorney charges:

1. From at least in or about May 2017, up to and including at least in or about August 2021, in the Southern District of New York and elsewhere, YOUNG BEOM KIM, the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit: receipt of unlawful gratuities, in violation of Title 18, United States Code, Section 201(c)(1)(B), and willful engagement in acts affecting personal financial interests, in violation of Title 18, United States Code, Sections 208(a) and 216(a)(2).

2. It was a part and an object of the conspiracy that YOUNG BEOM KIM, the defendant, being a public official, former public official, and person selected to be a public official, and otherwise than as provided by law for the proper discharge of his official duties, would and did, directly and indirectly, demand, seek, receive, accept, and agree to receive and accept a thing of value, personally for and because of an official act performed and to be performed by KIM, to wit, KIM and others agreed that KIM, an employee of the United States Army (the "Army"), would demand, seek, receive, and accept financial payment from parts manufacturers and suppliers because of his use of official authority and influence, and his taking of official actions, in the

design, procurement, and contracting processes for maintenance, repair, and construction projects at various Army installations, in violation of Title 18, United States Code, Section 201(c)(1)(B).

3. It was further a part and an object of the conspiracy that YOUNG BEOM KIM, the defendant, being an officer and employee of the executive branch of the United States Government, and of any independent agency of the United States, would and did willfully participate personally and substantially as a Government officer and employee, through decision, approval, disapproval, recommendation, the rendering of advice, investigation, and otherwise, in an application, request for a ruling and other determination, contract, claim, and other particular matter in which, to his knowledge, he, his spouse, minor child, general partner, organization in which he served as officer, director, trustee, general partner or employee, and another person and organization with whom he negotiated and had an arrangement concerning prospective employment, had a financial interest, in violation of Title 18, United States Code, Sections 208(a) and 216(a)(2).

## Overt Acts

4. In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. Between at least in or about May 2017 and in or about August 2021, YOUNG BEOM KIM, the defendant, worked as the Chief of the Design Branch for the Directorate of Public Works ("DPW") at Army Garrison Yongsan/Casey ("USAG-Y/C") in the Republic of Korea ("South Korea"), and in that capacity, he worked on and approved numerous contracts (the "Contracts") that specified the Army would purchase parts from specifically named manufacturers and suppliers (the "Manufacturers and Suppliers").

   b. The Manufacturers and Suppliers then paid KIM a fixed percentage of the total amounts that the Manufacturers and Suppliers were paid under the Contracts.

  c. KIM and two relatives (the "Relatives") used bank accounts in the Relatives' names, and in the name of a shell company, including accounts located in Manhattan, to receive the payments from the Manufacturers and Suppliers, in order to obscure that KIM was being paid by the Manufacturers and Suppliers because of his work for the Army.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATIONS

5. As a result of committing the offense alleged in Count One of this Information, YOUNG BEOM KIM, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

> (Title 18, United States Code, Section 981;
> Title 21, United States Code, Section 853;
> Title 28, United States Code, Section 2461.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney