UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOUNG BEOM KIM,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 78 (RMB) |

WHEREAS, with the consent of defendant YOUNG BEOM KIM, the defendant's guilty plea allocution was taken before the United States Magistrate Judge on November 9, 2023;

WHEREAS, a transcript of the allocution was made and transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant pled guilty knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that the defendant's sentencing is hereby scheduled for **March 13**, 2024, at 10:00 a.m.

SO ORDERED.

Dated:   New York, New York
         November 14, 2023

_Richard M. Berman_
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/23