

Solomon B. Shinerock
212 822 0165
solomon.shinerock@lbkmlaw.com

April 19, 2024

**VIA ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Kim*, 23-CR-00078-RMB

Dear Judge Berman:

We represent the defendant, Young Beom Kim, in the above-referenced case. We write to respectfully request that Mr. Kim's surrender date be extended for 90 days or to July 22, 2024 to allow the Bureau of Prisons sufficient time to designate a facility.

Mr. Kim was sentenced on March 13, 2024, and this Court directed him to surrender before 2 p.m. on April 22, 2024 to the facility to which he will be designated. (ECF No. 47, at 2). Mr. Kim has not yet been designated to a facility for surrender. The Court recommended at sentencing that Mr. Kim be placed in a facility in which his health concerns/issues can be treated and preferably a facility in the tristate area. (ECF No. 47, at 2).

Officer Christopher Ziegert of Pretrial Services has no objection to this request. We have spoken with the government, who also does not object to this request. Mr. Kim has not previously requested an extension of his surrender date prior to the filing of this letter.

            Respectfully submitted,

            Solomon B. Shinerock

CC (via ECF):
   AUSA Jonathan Rebold
   AUSA Frank Balsamello

10 Grand Central | 155 East 44th Street, 25th Floor | New York, NY 10017 | t 212 826 7001 | f 212 826 7146

NEW YORK WASHINGTON LONDON

lbkmlaw.com