

April 25, 2024

**VIA ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted on consent of the government.
>
> SO ORDERED:
> Date: 4/25/24
> Richard M. Berman, U.S.D.J.

Re: *United States v. Kim*, 23-CR-00078-RMB

Dear Judge Berman:

We represent the defendant, Young Beom Kim, in the above-referenced case. We write to respectfully request that the Court confirm that Mr. Kim's bail conditions have expired, and direct Pretrial Services to return Mr. Kim's passport.

As part of his bail conditions, Mr. Kim surrendered his passport and secured his bond of $250,000 with real estate that he owns (ECF Nos. 8 and 9).

Mr. Kim surrendered to the custody of the Bureau of Prisons on April 22, 2024 to serve his sentence in this matter, and his bail conditions expired at that time. We respectfully request that the Court confirm the same and direct Pretrial Services to return Mr. Kim's passport to undersigned counsel.

We have spoken with the government, who consents to this request.

Respectfully submitted,

Solomon B. Shinerock

CC (via ECF):
　　　AUSA Jonathan Rebold
　　　AUSA Frank Balsamello

10 Grand Central | 155 East 44th Street, 25th Floor | New York, NY 10017 | t 212 826 7001 | f 212 826 7146

NEW YORK    WASHINGTON    LONDON

lbkmlaw.com